**Charles R. FULLMER, Claimant–Appellant,**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2014–7046.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2015.

Zachary Stolz, Robert Vincent Chisholm, Esq., Matthew J. Ilacqua, Chisholm Chisholm & Kilpatrick, Providence, RI,

Christopher J. Clay, General Counsel, Disabled American Veterans, Cold Spring, KY, for Claimant–Appellant.

K. Elizabeth Witwer, Trial Attorney, Martin F. Hockey, Jr., Assistant Director, Department of Justice, Meghan Alphonso, Y. Ken Lee, Deputy Assistant General Counsel, Department of Veterans Affairs Office of General Counsel, Washington, DC, for Respondent–Appellee.

Before NEWMAN, MOORE, and HUGHES, Circuit Judges.

### ORDER

PER CURIAM.

IT IS ORDERED THAT:

This case is hereby dismissed for lack of jurisdiction.